**Electronically Filed
Supreme Court
SCWC-20-0000485
13-JUL-2022
02:37 PM
Dkt. 3 OGAC**

SCWC-20-0000485

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF DM

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000485; FC-J NO. 0101376)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Minor-Appellant's Application for Writ of Certiorari, filed on May 31, 2022, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 13, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

